UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TERI L. ZASTROW, | CIVIL NO. 03-5440 (MJD/JSM) |
| Plaintiff, | |
| v. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 22, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Petition for Attorney's Fees [Docket No. 17] is **GRANTED**; and

2. Plaintiff is awarded attorney's fees and costs in the amount of $6,853.20.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 31, 2005

                                                s/ Michael J. Davis
                                                MICHAEL J. DAVIS
                                                United States District Court Judge